UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE NAPPER, JANET FISCHER, JACQUIE EICHHORN-SMITH, TED YANELLO, and LYNDA MANGIO, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>COUNTY OF SACRAMENTO; BOARD OF SUPERVISORS OF THE COUNTY OF SACRAMENTO; County Supervisor ROGER DICKINSON; County Supervisor JIMMIE YEE; County Supervisor SUSAN PETERS; County Supervisor ROBERTA MACGLASHAN; County Supervisor DON NOTTOLI; SACRAMENTO COUNTY DEPARTMENT OF BEHAVIORAL HEALTH SERVICES; ANN EDWARDS-BUCKLEY, Director, Department of Behavioral Health Services; MARY ANN BENNETT, Mental Health Director,<br><br>　　　　　　　　Defendants. | Case No. 2:10-cv-1119<br><br>**ORDER RE: EXPEDITED DISCOVERY**<br><br>Date:　　June 30, 2010<br>Time:　　10:00 AM<br>Place:　　Courtroom 24<br>Judge:　　Hon. Edmund F. Brennan |

Plaintiffs' Ex Parte Application for an Order Permitting Expedited Discovery and Depositions, Dckt. No. 73, came on for hearing before the undersigned at 10:00 a.m. on June 30, 2010. William S. Freeman, Esq. appeared on behalf of Plaintiffs, and Rick Heyer, Esq. and June Powells-Mays, Esq. appeared on behalf of Defendants.

After considering the papers submitted by the parties in connection with the Application and other papers in the Court's file, and hearing arguments of counsel, and good cause appearing, the Court hereby ORDERS as follows:

1     Plaintiffs' Ex Parte Application for an Order Permitting Expedited Discovery and Depositions, Dckt. No. 73, is granted in part and denied in part.

2     Plaintiffs shall be entitled to conduct two (2) depositions during the time period requested in the motion (July 2-12, 2010), specifically the depositions of Defendants Ann Edwards-Buckley and Mary Ann Bennett. Plaintiffs may not take a third deposition as requested, but this portion of the Court's Order is without prejudice and Plaintiffs may apply to the Court for leave to take a third deposition during this period **if the deponent is specifically identified and plaintiffs demonstrate that such a deposition is necessary**. The parties shall confer to work out the details regarding the dates, times and locations of the two depositions ordered.

3     The time spent in taking the deposition of each witness shall count against the 7-hour time limit for each witness's deposition set forth in Fed. R. Civ. P. 30(d)(1). If a witness's deposition does not consume 7 hours, Plaintiffs will be entitled to complete the deposition of that witness at a subsequent time, using the unexpired portion of the 7 hours. If Plaintiffs desire to examine a witness for more than a total of 7 hours, Plaintiffs shall seek leave of the Court to do so.

4     Defendants' request for leave "to submit deposition testimony in opposition to Plaintiffs' Reply [in Support of Plaintiffs' Motion for a Preliminary Injunction]," Dckt. No. 75 at 10, is denied without prejudice since the Motion for a Preliminary Injunction is not noticed for hearing before the undersigned, and therefore the undersigned does not have the authority to grant such a request. If Defendants seek leave to file such a sur-reply, they shall direct the request to

///

1 the assigned district judge (before whom the Motion for a Preliminary Injunction is noticed to be
2 heard).

**IT IS SO ORDERED.**

Dated:  July 1, 2010

_____
Hon. Edmund F. Brennan
United States Magistrate Judge

**SUBMITTED BY:**

Dated: June 30, 2010

WILLIAM S. FREEMAN (SBN 82002)
MARGARET I. BRANICK-ABILLA (SBN 223600)
AMY E. NASH (SBN 264955)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000


By:         /s/ William S. Freeman
               William S. Freeman

Attorneys for Plaintiffs

**APPROVED AS TO FORM:**

Dated: June 30, 2010

ROBERT A. RYAN, JR
MICHELE BACH (SBN 88948)
RICK HEYER (SBN 216150)
JUNE POWELLS-MAYS (SBN 188423)
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA 95814
Telephone: (916) 874-5540


By:         /s/ Rick Heyer
               Rick Heyer

Attorneys for Defendants

865460 v1/HN