1  WILLIAM S. FREEMAN (SBN 82002)
   MARGARET I. BRANICK-ABILLA (SBN 223600)
2  AMY E. NASH (SBN 264955)
   COOLEY LLP
3  3175 Hanover Street
   Palo Alto, CA  94304-1130
4  Telephone: (650) 843-5000

5  STUART SEABORN (SBN 198590)
   SUZANNA GEE (SBN 170780)
6  JAY KOSLOFSKY (SBN 97024)
   SEAN RASHKIS (SBN 232533)
7  WILL SCHELL (SBN 252470)
   DISABILITY RIGHTS CALIFORNIA
8  100 Howe Ave., Suite 235N
   Sacramento, CA 95825
9  Telephone: (916) 488-9950

10  ATTORNEYS FOR PLAINTIFFS
    **[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]**

11

12              **UNITED STATES DISTRICT COURT**

13          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14
      LESLIE NAPPER, JANET FISCHER,              CASE NO.  2:10-cv-1119 JAM EFB
15    JACQUIE EICHHORN-SMITH, TED
      YANELLO, and LYNDA MANGIO, on            **CLASS ACTION**
16    behalf of themselves and all others similarly
      situated,                                **STIPULATION AND ORDER**
17                                             **GRANTING LEAVE FOR PLAINTIFFS**
                      Plaintiffs,              **TO FILE 15-PAGE REPLY**
18                                             **MEMORANDUM IN SUPPORT OF**
              v.                               **MOTION FOR PRELIMINARY**
19                                             **INJUNCTION**
      COUNTY OF SACRAMENTO; BOARD OF
20    SUPERVISORS OF THE COUNTY OF             Date:   July 21, 2010
      SACRAMENTO; County Supervisor ROGER      Time:   9:30 am
21    DICKINSON; County Supervisor JIMMIE      Place:  Courtroom 6, 14th Floor
      YEE; County Supervisor SUSAN PETERS;     Judge:  Hon. John A. Mendez
22    County Supervisor ROBERTA
      MACGLASHAN; County Supervisor DON
23    NOTTOLI; SACRAMENTO COUNTY
      DEPARTMENT OF BEHAVIORAL
24    HEALTH SERVICES; ANN
      EDWARDS-BUCKLEY, Director,
25    Department of Behavioral Health Services;
      MARY ANN BENNETT, Mental Health
26    Director,

27                    Defendants.

28

ROBERT D. NEWMAN (SBN 86534)
KIMBERLY LEWIS (SBN 144870)
ANTIONETTE D. DOZIER (SBN 244437)
WESTERN CENTER ON LAW AND POVERTY
3701 West Sixth Street, Suite 208
Los Angeles, California 90010
Telephone: (213) 487-7211

MELINDA BIRD (SBN 102236)
DISABILITY RIGHTS CALIFORNIA
3580 Wilshire Blvd., Ste. 902
Los Angeles, CA 90010
Telephone: (213) 427-8747

KIMBERLY SWAIN (SBN 100340)
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200

**[ADDITIONAL COUNSEL LISTED ON CAPTION PAGE]**

1

**STIPULATION**

2      WHEREAS, Plaintiffs' Motion for Preliminary Injunction ("Motion") involves complex

3   issues of law and fact, and all parties agree that the resolution of the Motion is of profound

4   importance to them; and

5      WHEREAS, Defendants have submitted voluminous declarations and documentary

6   materials in opposition to the Motion; and

7      WHEREAS, Plaintiffs believe that, in order to properly present their reply points and

8   authorities to the Court, they may require up to 15 pages for their reply memorandum in support of

9   the Motion, an increase of five pages over the Court's customary limit for reply memoranda; and

10      WHEREAS, Defendants agree that Plaintiffs may file a reply brief on the Motion up to 15

11   pages in length, it being understood that Defendants reserve all rights to object to any evidence and

12   legal argument submitted in reply by Plaintiffs, including but not limited to an objection that facts or

13   arguments have been improperly advanced for the first time on reply;

14      NOW THEREFORE, the Plaintiffs and Defendants herein hereby STIPULATE AND

15   AGREE on the terms specified above, that, subject to the approval and Order of the Court, Plaintiffs

16   may file a reply memorandum of up to 15 pages in length in support of their Motion for Preliminary

17   Injunction.

18

19   Dated: July 13, 2010                     WILLIAM S. FREEMAN (SBN 82002)

20                                            MARGARET I. BRANICK-ABILLA (SBN 223600)
                                              AMY E. NASH (SBN 264955)
21                                            COOLEY LLP
                                              3175 Hanover Street
22                                            Palo Alto, CA  94304-1130
                                              Telephone: (650) 843-5000
23

24
                                              By:_____/s/ William S. Freeman_____
25                                                        William S. Freeman

26
                                              Attorneys for Plaintiffs
27

28

1    Dated: July 13, 2010                    ROBERT A. RYAN, JR
                                             MICHELE BACH (SBN 88948)
2                                            RICK HEYER (SBN 216150)
                                             JUNE POWELLS-MAYS (SBN 188423)
3                                            COUNTY OF SACRAMENTO
                                             700 H Street, Suite 2650
4                                            Sacramento, CA 95814
                                             Telephone: (916) 874-5540
5

6

7                                            By:_____/s/ Michele Bach_____
                                                          Michele Bach
8                                            Attorneys for Defendants

9

10                                    **ORDER**

11        Upon the stipulation the parties herein, and good cause appearing,

12        IT IS HEREBY ORDERED that Plaintiffs may file a reply memorandum of up to 15 pages

13   in length in support of their Motion for Preliminary Injunction subject to the terms specified above .

14

15   **IT IS SO ORDERED.**

16

17   Dated: July 13, 2010

18                                        /s/ John A. Mendez_____
                                          HONORABLE JOHN A. MENDEZ
19                                        UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

2