| | |
|---|---|
| 1 | WILLIAM S. FREEMAN (SBN 82002) |
| 2 | MARGARET I. BRANICK-ABILLA (SBN 223600) |
|   | AMY E. NASH (SBN 264955) |
| 3 | COOLEY LLP |
|   | 3175 Hanover Street |
| 4 | Palo Alto, CA 94304-1130 |
|   | Telephone: (650) 843-5000 |

STUART SEABORN (SBN 198590)
SUZANNA GEE (SBN 170780)
JAY KOSLOFSKY (SBN 97024)
SEAN RASHKIS (SBN 232533)
WILL SCHELL (SBN 252470)
DISABILITY RIGHTS CALIFORNIA
100 Howe Avenue, Suite 235N
Sacramento, CA 95825
Telephone: (916) 488-9950

ATTORNEYS FOR PLAINTIFFS
**[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE NAPPER, JANET FISCHER, JACQUIE EICHHORN-SMITH, TED YANELLO, and LYNDA MANGIO, on behalf of themselves and all others similarly situated, | Case No. 2:10-CV-01119-JAM-EFB |
| | CLASS ACTION |
| | PRELIMINARY INJUNCTION |
| Plaintiffs, | Date: July 21, 2010 |
| v. | Time: 9:30 a.m. |
| COUNTY OF SACRAMENTO; BOARD OF SUPERVISORS OF THE COUNTY OF SACRAMENTO; County Supervisor ROGER DICKINSON; County Supervisor JIMMIE YEE; County Supervisor SUSAN PETERS; County Supervisor ROBERTA MACGLASHAN; County Supervisor DON NOTTOLI; SACRAMENTO COUNTY DEPARTMENT OF BEHAVIORAL HEALTH SERVICES; ANN EDWARDS-BUCKLEY, Director, Department of Behavioral Health Services; MARY ANN BENNETT, Mental Health Director, | Place: Courtroom 6, 14th Floor |
| | Judge: Hon. John A. Mendez |
| Defendants. | |

ROBERT D. NEWMAN (SBN 86534)
KIMBERLY LEWIS (SBN 144870)
ANTIONETTE D. DOZIER (SBN 244437)
WESTERN CENTER ON LAW AND POVERTY
3701 West Sixth Street, Suite 208
Los Angeles, California 90010
Telephone: (213) 487-7211

MELINDA BIRD (SBN 102236)
DISABILITY RIGHTS CALIFORNIA
3580 Wilshire Blvd., Ste. 902
Los Angeles, CA 90010
Telephone: (213) 427-8747

KIMBERLY SWAIN (SBN 100340)
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200

**[ADDITIONAL COUNSEL LISTED ON CAPTION PAGE]**

This cause came on to be heard on July 21, 2010, on Plaintiffs' motion for a preliminary injunction. After full consideration of the declarations, exhibits, and memoranda submitted in support of and in opposition to that motion, and after hearing the argument of counsel, the Court has made the findings and conclusions that support the issuance of the preliminary injunction described herein.

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs' motion for a preliminary injunction is granted;

2. Defendants County of Sacramento ("County"), Sacramento County Board of Supervisors ("Board"), current Board members Roger Dickinson, Jimmie Yee, Susan Peters, Roberta MacGlashan, and Don Nottoli, Sacramento County Department of Behavioral Health Services ("DBHS"), DBHS' current Director Ann Edwards-Buckley, and the County's current Mental Health Director Mary Ann Bennett ("Defendants"), and their respective successors in office, agents, servants, employees, attorneys, and all persons in active concert therewith are preliminarily enjoined from implementing or enforcing the "Hybrid Plan" which was approved by the Board on June 17, 2010, unless and until the Court has determined that Plaintiffs Leslie Napper, Jan Fischer, Jacquie Eichhorn-Smith, Ted Yanello and Lynda Mangio ("Plaintiffs") and all current and future adult recipients of Medi-Cal funded outpatient mental health services in the County will continue to receive these outpatient mental health services in the most integrated setting possible so as to avoid their unnecessary institutionalization and/or treatment through hospital emergency rooms.

3. Defendants are further ordered to take all actions necessary within the scope of their authority to implement the above preliminary injunction.

4. Defendants are further ordered to provide prompt written notice of this order to Plaintiffs and all other adults who currently receive Medi-Cal funded outpatient mental health services from the County, excluding those individuals who only receive their outpatient mental health services from the Full Service Partnerships or the Behavioral Health Team or the Guesthouse at El Hogar. A copy of the English version of the written notice is attached hereto

and marked as Exhibit A.  Besides mailing the approved notice to recipients, Defendants shall make all reasonable efforts to give telephonic notification to these recipients and shall also make all reasonable arrangements to post a copy of the notice in a prominent location at all outpatient mental health facilities operated by or under contract with the County, and at the Sacramento County Mental Health Treatment Center.

**IT IS FURTHER ORDERED** that this preliminary injunction will remain in full force and effect until the final judgment of this Court upon the trial of this action, or further order of this Court, whichever comes soonest.

**IT IS FURTHER ORDERED** that Plaintiffs need not post any bond in connection with this preliminary injunction.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for class certification is denied as premature at this time and without prejudice to Plaintiffs' filing such a motion at a later date.

Dated: July 27, 2010         /s/ John A. Mendez_____
                             JOHN A. MENDEZ, JUDGE
                             UNITED STATES DISTRICT COURT

Approved as to form:


/s/_____
Michele Bach
Counsel for Defendants

# EXHIBIT A

SACRAMENTO COUNTY

# **NOTICE TO CONSUMERS**

The County sent you a letter on July 6, 2010, saying that it was changing your mental health provider. The letter said that your provider would be transferring its clients to County Wellness Centers beginning August 1, 2010.

A federal court has stopped Sacramento County from transferring your services to the County Wellness Centers at this time. **Because of this court order, you will still get mental health services from your current provider after August 1, 2010.** Please keep going to all your appointments and groups with your current provider.

If you have any questions, please call your current mental health provider or Problem Resolution/Member Services: 916-875-6069.