ROBERT A. RYAN, JR., County Counsel
MICHELE BACH, Supervising Deputy
  [State Bar No. 88948]
RICK HEYER, Deputy County Counsel
  [State Bar No. 216150]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 874-5540
Facsimile:  (916) 874-8207
E-mail:  bachm@saccounty.net
File No.:  128.10A

Attorneys for the Government Defendants Sued
in their official capacity

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE NAPPER, JANET FISCHER, JACQUIE EICHHORN-SMITH, TED YANNELLO, and LYNDA MANGIO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; BOARD OF SUPERVISORS OF THE COUNTY OF SACRAMENTO; County Supervisor ROGER DICKINSON; County Supervisor JIMMIE YEE; County Supervisor SUSAN PETERS; County Supervisor ROBERTA MACGLASHAN; County Supervisor DON NOTTOLI; SACRAMENTO COUNTY DEPARTMENT OF BEHAVIORAL HEALTH SERVICES; ANN EDWARDS-BUCKLEY, Director, Department of Behavioral Health Services; MARY ANN BENNETT, Mental Health Director,<br><br>Defendants. | Case No.  2:10-CV-01119-JAM-EFB<br><br><br>STIPULATION OF PARTIES TO A RESOLUTION OF ALL MATTERS AT ISSUE<br><br><br><br>Dept: 6<br>Judge: Hon. John A. Mendez |

Pursuant to Local Rule 143(a)(1), the Parties hereby stipulate that an agreement has been negotiated between all named parties which resolves all matters in this action.

-2-
_____
No. 2:10-CV-01119-JAM-EFB – STIPULATION OF PARTIES TO A RESOLUTION OF ALL MATTERS AT ISSUE

PDF created with pdfFactory trial version www.pdffactory.com

1  This agreement is embodied in the attached proposed Consent Decree. The parties agree
2  that this proposed Consent Decree does not establish wrongdoing on the part of any
3  party, nor does it require or contain an admission of fault on the part of any party.
4      All the named Plaintiffs and all County Defendants request that the Court accept
5  this Stipulation and impose the terms of the attached Consent Decree.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: January 20, 2012          ROBERT A. RYAN, JR., County Counsel
Sacramento County, California

By:       /S/
RICK HEYER
Deputy County Counsel
Attorney for Defendants

DATED:                         By:       /S/
ROBERT D. NEWMAN
Western Center on Law and Poverty
Attorney for Plaintiffs

ORDER

IT IS ORDERED by this Court, this 24th day of January, 2012

/s/ John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com