1  ROBERT A. RYAN, JR., County Counsel
   MICHELE BACH, Supervising Deputy
2    [State Bar No. 88948]
   RICK HEYER, Deputy County Counsel
3    [State Bar No. 216150]
   COUNTY OF SACRAMENTO
4  700 H Street, Suite 2650
   Sacramento, CA  95814
5  Telephone:  (916) 874-5540
   Facsimile:  (916) 874-8207
6  E-mail:  bachm@saccounty.net
   File No.:  128.10A
7
   Attorneys for the Government Defendants Sued
8  in their official capacity

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE NAPPER, JANET FISCHER, JACQUIE EICHHORN-SMITH, TED YANNELLO, and LYNDA MANGIO, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; BOARD OF SUPERVISORS OF THE COUNTY OF SACRAMENTO; County Supervisor ROGER DICKINSON; County Supervisor JIMMIE YEE; County Supervisor SUSAN PETERS; County Supervisor ROBERTA MACGLASHAN; County Supervisor DON NOTTOLI; SACRAMENTO COUNTY DEPARTMENT OF BEHAVIORAL HEALTH SERVICES; ANN EDWARDS-BUCKLEY, Director, Department of Behavioral Health Services; MARY ANN BENNETT, Mental Health Director,<br><br>              **Defendants**. | Case No.  2:10-CV-01119-JAM-EFB<br><br>**STIPULATION OF PARTIES TO A RESOLUTION OF ALL MATTERS AT ISSUE**<br><br>Dept: 6<br>Judge: Hon. John A. Mendez |

Pursuant to Local Rule 143(a)(1), the Parties hereby stipulate that an agreement has been negotiated between all named parties which resolves all matters in this action.

-2-
_____
No. 2:10-CV-01119-JAM-EFB – STIPULATION OF PARTIES TO A RESOLUTION OF ALL MATTERS AT ISSUE

PDF created with pdfFactory trial version www.pdffactory.com

This agreement is embodied in the attached proposed Consent Decree. The parties agree that this proposed Consent Decree does not establish wrongdoing on the part of any party, nor does it require or contain an admission of fault on the part of any party.

All the named Plaintiffs and all County Defendants request that the Court accept this Stipulation and impose the terms of the attached Consent Decree.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: January 20, 2012   ROBERT A. RYAN, JR., County Counsel
Sacramento County, California


By:   /S/
       RICK HEYER
       Deputy County Counsel
       Attorney for Defendants


DATED:   By:   /S/
              ROBERT D. NEWMAN
              Western Center on Law and Poverty
              Attorney for Plaintiffs

ORDER

IT IS ORDERED by this Court, this 24th day of January, 2012

   /s/ John A. Mendez
   United States District Judge