MAUREEN P. ALGER (208522)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 843-5000

SUZANNA GEE (SBN 170780)
JAY KOSLOFSKY (SBN 97024)
SEAN RASHKIS (SBN 232533)
WILL SCHELL (SBN 252470)
DISABILITY RIGHTS CALIFORNIA
100 Howe Ave., Suite 235N
Sacramento, CA 95825
Telephone: (916) 488-9950

ATTORNEYS FOR PLAINTIFFS
[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE NAPPER, JANET FISCHER, JACQUIE EICHHORN-SMITH, TED YANELLO, and LYNDA MANGIO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; BOARD OF SUPERVISORS OF THE COUNTY OF SACRAMENTO; County Supervisor ROGER DICKINSON; County Supervisor JIMMIE YEE; County Supervisor SUSAN PETERS; County Supervisor ROBERTA MACGLASHAN; County Supervisor DON NOTTOLI; SACRAMENTO COUNTY DEPARTMENT OF BEHAVIORAL HEALTH SERVICES; ANN EDWARDS-BUCKLEY, Director, Department of Behavioral Health Services; MARY ANN BENNETT, Mental Health Director,<br><br>Defendants. | Case No. 2:10-cv-1119<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE MOTION FOR COSTS AND FEES**<br><br>Judge:  Hon. John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

ROBERT D. NEWMAN (SBN 86534)
ANTIONETTE D. DOZIER (SBN 244437)
WESTERN CENTER ON LAW AND POVERTY
3701 West Sixth Street, Suite 208
Los Angeles, California 90010
Telephone: (213) 487-7211

MELINDA BIRD (SBN 102236)
DISABILITY RIGHTS CALIFORNIA
3580 Wilshire Blvd., Ste. 902
Los Angeles, CA 90010
Telephone: (213) 427-8747

KIMBERLY SWAIN (SBN 100340)
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Telephone: (510) 267-1200

**[ADDITIONAL COUNSEL LISTED ON CAPTION PAGE]**

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

WHEREAS, Under Paragraph 10 of the Consent Decree, the Court has retained jurisdiction over the request by Plaintiffs' counsel to be awarded their costs of suit and their motion to recover their attorneys' fees and litigation-related expenses; and

WHEREAS, Paragraph 10 further provides that the "parties shall make good faith efforts to resolve their differences as to these issues" but, absent an agreement, Plaintiffs' counsel shall file their cost bill and motion to recover their fees and litigation expenses no later than 90 days after entry of the Consent Decree; and

WHEREAS, April 23, 2012 is 90 days after entry of the Consent Decree; and

WHEREAS, the parties have just reached agreement concerning the claims of plaintiffs' counsel regarding their costs, attorneys' fees and litigation related expenses;

NOW THEREFORE, the Plaintiffs and Defendants herein hereby STIPULATE AND AGREE on the terms specified above, subject to the approval and Order of the Court, to extend the deadline 21 days from April 23, 2012, until May 14, 2012, in expectation that the parties will have fully executed an agreement on these issues by that date.

Dated: April 19, 2012

MAUREEN P. ALGER (208522)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone: (650) 843-5000

By:     */s/ Maureen P. Alger*
        Maureen P. Alger

Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 19, 2012

ROBERT A. RYAN, JR
MICHELE BACH (SBN 88948)
RICK HEYER (SBN 216150)
JUNE POWELLS-MAYS (SBN 188423)
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA 95814
Telephone: (916) 874-5540

By: _____*/s/ Rick Heyer*_____
Rick Heyer

Attorneys for Defendants

**ORDER**

Upon the stipulation the parties herein, and good cause appearing,

IT IS HEREBY ORDERED that, absent an agreement, Plaintiffs shall file their cost bill and motion to recover their fees and litigation expenses no later than May 14, 2012.

**IT IS SO ORDERED.**

Dated: April 19, 2012

/s/ John A. Mendez_____
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com